UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GONZALEZ DE FABIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security<br><br>    Defendant. | No. CV 15-8609-AGR<br><br>MEMORANDUM OPINION<br>AND ORDER |

On December 2, 2016, this court issued a Report and Recommendation in this action. (Dkt. Nos. 23-24.)

On December 4, 2016, Plaintiff filed a statement of consent to proceed before the magistrate judge. (Dkt. No. 25.) Defendant had previously filed a consent. (Dkt. No. 9.) The action was reassigned to this court for all further proceedings. (Dkt. No. 26.)

Accordingly, the Report and Recommendation now becomes the opinion and order of this court.

1  IT IS HEREBY ORDERED that, for the reasons stated in the report and
2  recommendation, which is attached hereto and incorporated into this order, the decision
3  of the Commissioner is reversed and remanded for reconsideration of Dr. Hay's
4  opinions.

DATED: December 5, 2016

_____
ALICIA G. ROSENBERG
United States Magistrate Judge